HMG/JKMcD:USAO#2013R00794

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 JUN 24 P 4:47
CLERK'S OFFICE
AT BALTIMORE
BY ___

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. WDQ-14-0310 |
| v. | (False Statements To An Insurance Regulator; 18 U.S.C. § 1033(a); Aiding and Abetting, 18 U.S.C. § 2) |
| JEFFREY COHEN, | |
| Defendant. | UNDER SEAL |

...oOo...

## INDICTMENT

### COUNTS ONE - FIVE

The Grand Jury for the District of Maryland charges:

### INTRODUCTION

At times material to this indictment:

1. **Defendant JEFFREY COHEN ("COHEN")** acted as the President and Chairman of the Board of Indemnity Insurance Corporation RRG (hereinafter referred to as "IICRRG").

2. **COHEN** owned RB Entertainment Ventures, Inc., which was a majority owner of IICRRG.

3. IICRRG was located at 950 Ridgebrook Road, Suite 1500, Sparks, Maryland 21152.

4. IICRRG provided general liability, liquor liability, and excess liability coverage to customers, also known as policyholders, which were individuals and companies involved in the entertainment industry, such as nightclubs, concert tours, and special events.

5. IICRRG operated in many jurisdictions within the United States, including California, Connecticut, Delaware, the District of Columbia, Florida, Pennsylvania, Maryland, New Jersey, New York, Nevada, Virginia, and Texas.

6. In or about 2012, IICRRG insured more than 3,000 policyholders, and wrote over $25 million in premiums.

7. IICRRG was a Delaware corporation that acted as a "risk retention group." As such, it was subject to extensive state regulation, in particular, regulation by the Insurance Commissioner of the State of Delaware ("Delaware Insurance Commissioner").

8. The Delaware Insurance Commissioner seeks to protect insurance policyholders and the general public by regulating insurance companies and products to ensure among other things the ability to pay claims.

9. Susquehanna Bank had its deposits insured by the Federal Deposit Insurance Corporation (FDIC) and operated in multiple States, including Maryland.

10. GoDaddy.com was a Delaware corporation that provided internet domain registration, website hosting, and other internet related services to customers.

11. Individuals and companies seeking to establish a website or email domain had to register the domain name with a domain name registrar, such as GoDaddy.com.

12. Pursuant to Delaware state laws and regulations, **COHEN** and IICRRG had to submit quarterly unaudited financial statements to the Delaware Insurance Commissioner.

2

13.     In or about June 2012, representatives of the Delaware Insurance Commissioner (hereinafter "Delaware Insurance Regulators) conducted an examination of IICRRG. This examination raised serious questions about the financial status of IICRRG.

14.     On or about March 6, 2013, **COHEN** used the services of GoDaddy to create the internet domain "Susquehanna-Bank.com."

15.     On or about March 18, 2013, **COHEN** made arrangements with the United States Postal Service (USPS) to use PO Box 1183. In his application, COHEN used the name "Susquehanna," with a listed address of 950 Ridgebrook Rd, Ste 1500, Sparks, MD 21152.

## THE CHARGES

16.     On or about the dates set forth below, in the District of Maryland and elsewhere,

### JEFFREY COHEN

the defendant herein, was engaged in the business of insurance affecting interstate commerce, and did knowingly, willfully, and with the intent to deceive, make materially false statements and reports, and materially overvalued property and security, as set forth below, in connection with a financial report and documents presented to the Delaware Insurance Commissioner and Delaware Insurance Regulators, for the purpose of influencing the actions of the Delaware Insurance Commissioner and Delaware Insurance Regulators.

| COUNT | DATE | FALSE STATEMENT AND OVERVALUATION OF PROPERTY |
|---|---|---|
| 1 | 11/15/2012 | COHEN caused IICRRG to file its unaudited financial statements for the third quarter of 2012 with the Delaware Insurance Commissioner, which claimed that IICRRG had $5.1 million in unencumbered cash on deposit at "Bank 4." |
| 2 | 1/31/2013 | COHEN sent a letter to the Delaware Insurance Commissioner and Delaware Insurance Regulators that falsely stated that IICRRG had $5.1 million in unencumbered cash on deposit at Susquehanna Bank. |

| 3 | 3/18/2013 | COHEN sent an email to the Delaware Insurance Regulators claiming that Susquehanna Bank only offered "a P.O. Box for mail confirms," and indicating that Susquehanna Bank could confirm the balance in the IICRRG account if the regulators corresponded with the email address "[name intentionally omitted]@susquehanna-bank.com." |
| --- | --- | --- |
| 4 | 4/1/2013 | COHEN sent an email to the Delaware Insurance Regulators attaching a confirmation form stating that the mailing address for written account confirmations by Susquehanna Bank was the following: Susquehanna Bank, Confirmation Dept., PO Box 1183, Cockeysville, MD 21030 |
| 5 | 4/22/2013 | COHEN caused a fax to be submitted to the Delaware Insurance Commissioner and Delaware Insurance Regulators that falsely claimed Susquehanna Bank had verified that IICRRG had $5.1 million in unencumbered cash on deposit at Susquehanna Bank |

18 U.S.C. § 1033(a)
18 U.S.C. § 2

_Rod J. Rosenstein/hmy_
ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**  Date: 6/24/14
Foreperson