**SEALED**

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
BALTIMORE

BY [signature] DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. WDQ-14-0310 |
| v. | : | **UNDER SEAL** |
| JEFFREY COHEN, | : | |
| Defendant. | : | |

...oOo...

## ORDER TO SEAL INDICTMENT

The United States has filed a motion to seal the Indictment in this matter, proffering facts that it claims demonstrate that if the Indictment were revealed, there is a risk that such disclosure could negatively impact the integrity of an ongoing federal investigation. The Court hereby finds that those facts have been sufficiently demonstrated to warrant sealing the Indictment. Accordingly, it is **ORDERED** that the Indictment shall be sealed.

SO ORDERED, this 24th day of June 2014.

_____
HON. BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE