## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Criminal No.  WDQ-14-310 |
| JEFFREY COHEN, | * | |
| Defendant. | * | |

**\*\*\*\*\*\*\*\*\*\***

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Harry Gruber and Joyce McDonald, Assistant United States Attorneys for said District, move this Honorable Court to order and direct that the Indictment returned in the above-captioned matter be UNSEALED.   In support of this motion, the government states that the defendant has been arrested and the Indictment needs to be unsealed in connection with the defendant's initial appearance today.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

Harry M. Gruber
Assistant United States Attorney

ORDERED as prayed, this _____25TH_____ day of June 2014.

HON. BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE